| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| ALEIDA SANCHEZ<br>6317 1/2 SAN PEDRO STREET<br>LOS ANGELES, CA. 90003<br><br>☑ Individual appearing without attorney<br>☐ Attorney for Movant | **FILED**<br>NOV 20 2017<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY: _____ Deputy Clerk |

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>**Aleida Sanchez**<br><br><br>Debtor(s). | CASE NO.:<br>CHAPTER: 7 |
|---|---|
| | **DECLARATION BY DEBTOR(S) AS TO WHETHER INCOME WAS RECEIVED FROM AN EMPLOYER WITHIN 60 DAYS OF THE PETITION DATE**<br>[11 U.S.C. § 521(a)(1)(B)(iv)] |
| | [No hearing Required] |

Debtor(s) provides the following declaration(s) as to whether income was received from an employer within 60 days of the Debtor(s) filing this bankruptcy case (Petition Date), as required by 11 U.S.C. § 521(a)(1)(B)(iv):

Declaration of Debtor 1

1. ☐ I am Debtor 1 in this case, and I declare under penalty of perjury that the following information is true and correct:

   **During the 60-day period before the Petition Date** (Check only ONE box below):

   ☑ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. (If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)

   ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: 11/20/2017           Aleida Sanchez                    _____[signature]_____
                           Printed name of Debtor 1          Signature of Debtor 1

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015                          Page 1                        F 1002-1.EMP.INCOME.DEC

Declaration of Debtor 2 (Joint Debtor) (if applicable)

2. ☐ I am Debtor 2 in this case, and I declare under penalty of perjury that the following information is true and correct:

**During the 60-day period before the Petition Date** (Check only ONE box below):

☐ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. (If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)

☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: _____    _____    _____
                                  Printed name of Debtor 2        Signature of Debtor 2

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*    Page 2    F 1002-1.EMP.INCOME.DEC

PINEDA SANCHEZ, ALEID. PIN535   XXX-XX-2535   Single 3

|  | CUR | Hours | YTD | CUR | Pay | YTD |
|---|---|---|---|---|---|---|
| Regular | 34.25 | | 1,061.00 | 359.63 | | 11,140.60 |
| Overtime | 0.00 | | 43.25 | 0.00 | | 681.23 |
| Doubletime | 0.00 | | 0.00 | 0.00 | | 0.00 |
| Total Hourly | 34.25 | | 1104.25 | 359.63 | | 11,821.83 |
| Other Pay* | | | | 0.00 | | 0.00 |
| Gross Pay | | | | 359.63 | | 11,821.83 |
| Other Adds and Deds | | | | (3.24) | | (106.40) |
| Total Taxes | | | | (35.68) | | (1,244.59) |
| Net Pay | | | | 320.71 | | 10,470.84 |

| Tax Analysis | Current | YTD |
|---|---|---|
| Federal | 8.17 | (331.34) |
| State | 0.00 | (8.88) |
| Social Security | 22.29 | (732.95) |
| Medicare | 5.22 | (171.42) |
| Total Taxes | 35.68 | (1,244.59) |

**Other Pay, Additions and Deductions Analysis**

|  | CUR | YTD |  | CUR | YTD |
|---|---|---|---|---|---|
|  |  |  | SDI | (3.24) | (106.40) |
|  |  |  | Total Adds and Deds | (3.24) | (106.40) |
|  |  |  | **CA Sick Time Hours Available | | 24.00 |
|  |  |  | **CA Sick Time Hours Accrued | | 31.66 |

** Employees who perform at least two hours of work per week in the City of Los Angeles may be entitled to accrue more than 48 total paid sick hours. Please contact the payroll department with any questions.

**Horizon Personnel Services, Inc.**  
790 The City Drive S. Ste. 180  
Orange, CA 92868

**Bank of America Merrill Lynch**  
3200 Park Center Drive Suite 1200  
Costa Mesa, CA 92626

Assignment(s)  
J & J SNACK FOODS           12919 Levya St.          Norwalk, CA 90650           (323) 588-5335  

| WeekEnding | Hours | Type | Pay Rate | Pay |
|---|---|---|---|---|
| 11/12/2017 | 34.25 | Reg | 10.50 | $359.63 |
|  | 34.25 | | | |

Location : 51