Erick Garcia Hernandez:SBN:278603
Law Office of Erick Garcia
3727 W 6th St., Suite 603
Los Angeles, CA 90020
T:213-814-0462
F: 213-814-2486
E: egarcia@garciaslaw.com

Attorney for Movant, ROGER PEREZ GOMEZ

United States Bankruptcy Court

Central District of California

| | |
|---|---|
| In Re | ) Case No.: 2:17-bk-24312-ER |
| ALEIDA SANCHEZ, | ) Chapter 7 |
| Debtors. | ) **Movant, ROGER PEREZ GOMEZ, Exhibits to Motion for Relief from the Automatic Stay or For Order Confirming that the Automatic Stay Does Not Apply** |
| | ) **HEARING DATE: December 18, 2017** <br> ) **HEARING TIME: 10:00 AM** |
| | **Honorable Ernest Robles** |

**Movant, ROGER PEREZ GOMEZ, Exhibits to Motion for Relief from the Automatic Stay or For Order Confirming that the Automatic Stay Does Not Apply**

Movant, ROGER PEREZ GOMEZ's, Exhibits to the Motion for Relief from the Automatic Stay or For Order Confirming that the Automatic Stay Does Not Apply, filed December 5, 2017 are attached hereto.

1

1    Dated: December 5, 2017                    Respectfully Submitted,

2

3                                              /s/ Erick Garcia Hernandez

4                                              Erick Garcia Hernandez,

5                                              Attorney for ROGER PEREZ GOMEZ

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Movant, ROGER PEREZ GOMEZ's, Exhibits to Motion for Relief from the Automatic
Stay or For Order Confirming that the Automatic Stay Does Not Apply**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

3727 W 6th St., Suite 603, Los Angeles, CA 90020

A true and correct copy of the foregoing document entitled (*specify*: **Movant, ROGER PEREZ GOMEZ's, Exhibits to Motion for Relief from the Automatic Stay or For Order Confirming that the Automatic Stay Does Not Apply**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) 12/05/2017 , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Heide Kurtz (TR), 2515 S. Western Avenue #11,San Pedro, CA 90732
United States Trustee (LA), 915 Wilshire Blvd, Suite 1850, Los Angeles, CA 90017

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 12/05/2017, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Hon. Ernest Robles
United States Bankruptcy Court, Central District of California, Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1560, Los Angeles, CA 90012
Aleida Sanchez; 6317 1/2 S San Pedro St., Los Angeles, CA 90003

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 12/05/2017 | Erick Garcia Hernandez | /s/ Erick Garcia Hernandez |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

June 2012

Exhibit A

This page is part of your document - DO NOT DISCARD



## 20130950344



Recorded/Filed in Official Records
Recorder's Office, Los Angeles County,
California

06/26/13 AT 01:42PM

Pages:
0003

| | |
|---|---|
| FEES: | 25.00 |
| TAXES: | 0.00 |
| OTHER: | 0.00 |
| PAID: | 25.00 |



LEADSHEET



201306260060008

00007924548



004961112

SEQ:
01

DAR - Counter (Upfront Scan)



THIS FORM IS NOT TO BE DUPLICATED

RECORDING REQUESTED BY AND MAIL TO

NAME Rogera PEREZ GOMEZ

MAILING 6319 S San Pedro st

CITY, STATE ZIP CODE Los Angeles
CA 90003

SPACE ABOVE THIS LINE RESERVED FOR RECORDER'S USE

TITLE(S)

QUITCLAIM DEED

RECORDING REQUESTE BY:
Roger A. Perez Gomez
6319 S. San Pedro Street
Los Angeles, CA 90030

Title order No. _____    Escrow No. _____

Above Space for Recorder's Use Only

## QUITCLAIM DEED

The undersigned grantor(s) declare(s)
DOCUMENTARY TRANSFER TAX $ NONE
(x) computed on full value of property conveyed, o
( ) computed on full value less liens and encumbrances remaining at time of sale,
( ) Unincorporated Area  ( X ) City of los Angeles

"THIS IS A BONAFIDE GIFT AND THE GRANTOR RECEIVED NOTHING IN RETURN. R & T 11911."

FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged, I

CRUZ A. ORTEGA
Hereby remise, release and quitclaim to

ROGER A. PEREZ GOMEZ

The following described real property situated in the city of Los Angeles, County of Los Angeles, State of California, with the following legal description:

LOT 29 OF BLOCK 1 OF THE MC CARTHY'S COMPAY GREATER LOS ANGELES TRACT, AS PER MAP RECORDED IN BOOK 9, PAGE 134 OF MAPAS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

Commonly Known As: 6319 S San Pedro Street, Los Angeles, CA 90001

AP#: 6006-013-029

DATE  6/26/2013

Cruz Ortega
Cruz A. Ortega (grantor)

STATE OF CALIFORNIA
COUNTY OF  LOS ANGELES

On  June 26, 2013  before me,  ISABEL M. GUTIERREZ _____, Notary Public personally
appeared  CRUZ  A. ORTEGA _____ .Who proved to me on the basis satisfactory evidence
to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they
executed the same in his/her/their authorized capacity (ies), and that by his/her/their signature(s) on the instrument the
person(s), or the entity upon behalf of which the person(s) acted, executed the instrument
I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing
paragraph is true and correct.

Witness my hand and official seal,

Signature  Isabel M. Gutierrez



ISABEL M. GUTIERREZ
COMM. # 1989066
NOTARY PUBLIC- CALIFORNIA
LOS ANGELES COUNTY
My COMM. EXP. AUG. 24, 2016

MAIL TAX STATEMENTS AS DIRECTED ABOVE.

ISABEL M. GUTIERREZ
COMM. # 1989066
NOTARY PUBLIC- CALIFORNIA
LOS ANGELES COUNTY
My COMM. EXP. AUG. 24, 2016

Page 7

Exhibit B

UD-100

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):
Erick Garcia; SBN: 278603
Law Office of Erick Garcia
3727 W. 6th St., Suite 603
Los Angeles, CA 90020
TELEPHONE NO.: 213-814-0462    FAX NO. (Optional): 213-814-2486
E-MAIL ADDRESS (Optional): egarcia@garciaslaw.com
ATTORNEY FOR (Name): Roger Perez Gomez

FOR COURT USE ONLY

CONFORMED COPY
ORIGINAL FILED
Superior Court of California
County of Los Angeles

JUN 2 3 2017

Sherri R. Carter, Executive Officer/Clerk
By Marieta Panganiban, Deputy

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Los Angeles
STREET ADDRESS: 111 North Hill St.
MAILING ADDRESS: Same as above
CITY AND ZIP CODE: Los Angeles, 90012
BRANCH NAME: Stanley Mosk-Central

PLAINTIFF: Roger Perez Gomez

DEFENDANT: Aleida Sanchez, and All Other Occupants;

[✓] DOES 1 TO 5

COMPLAINT — UNLAWFUL DETAINER*

[ ] COMPLAINT   [✓] AMENDED COMPLAINT (Amendment Number): 1

CASE NUMBER:
17U05943

Jurisdiction (check all that apply):
[✓] ACTION IS A LIMITED CIVIL CASE
Amount demanded   [✓] does not exceed $10,000
[ ] exceeds $10,000 but does not exceed $25,000

[ ] ACTION IS AN UNLIMITED CIVIL CASE (amount demanded exceeds $25,000)
[ ] ACTION IS RECLASSIFIED by this amended complaint or cross-complaint (check all that apply):
[ ] from unlawful detainer to general unlimited civil (possession not in issue)          [ ] from limited to unlimited
[ ] from unlawful detainer to general limited civil (possession not in issue)            [ ] from unlimited to limited

1. PLAINTIFF (name each):
Roger Perez Gomez

alleges causes of action against DEFENDANT (name each):

Aleida Sanchez

2. a. Plaintiff is (1) [✓] an individual over the age of 18 years.   (4) [ ] a partnership.
(2) [ ] a public agency.   (5) [ ] a corporation.
(3) [ ] other (specify):

b. [ ] Plaintiff has complied with the fictitious business name laws and is doing business under the fictitious name of (specify):

3. Defendant named above is in possession of the premises located at (street address, apt. no., city, zip code, and county):
6317 1/2 S. San Pedro St., Los Angeles, CA 90003

4. Plaintiff's interest in the premises is [✓] as owner   [ ] other (specify):

5. The true names and capacities of defendants sued as Does are unknown to plaintiff.

6. a. On or about (date): 02/20/2013    defendant (name each):
6317 1/2 S. San Pedro St., Los Angeles, CA 90003

(1) agreed to rent the premises as a [✓] month-to-month tenancy   [ ] other tenancy (specify):
(2) agreed to pay rent of $ 850    payable [✓] monthly   [ ] other (specify frequency):
(3) agreed to pay rent on the [✓] first of the month   [ ] other day (specify):

b. This [✓] written   [ ] oral   agreement was made with
(1) [ ] plaintiff.   (3) [✓] plaintiff's predecessor in interest.
(2) [ ] plaintiff's agent.   (4) [ ] other (specify):

* NOTE: Do not use this form for evictions after sale (Code Civ. Proc., § 1161a).

Page 1 of 3

Form Approved for Optional Use
Judicial Council of California
UD-100 [Rev. July 1, 2005]

COMPLAINT—UNLAWFUL DETAINER

Civil Code, § 1940 et seq.
Code of Civil Procedure §§ 425.12, 1166
www.courtinfo.ca.gov

| PLAINTIFF (Name): Roger Perez Gomez | CASE NUMBER: |
| DEFENDANT (Name): Aleida Sanchez, and All Other Occupants; | 17U05943 |

6. c. [✓] The defendants not named in item 6a are

    (1) [ ] subtenants.

    (2) [ ] assignees.

    (3) [✓] other (specify): Unknown to Plaintiff

  d. [✓] The agreement was later changed as follows (specify):
3% increase on February of each year. Latest increase to $940 in February of 2017.

  e. [✓] A copy of the written agreement, including any addenda or attachments that form the basis of this complaint, is attached and labeled Exhibit 1. (Required for residential property, unless item 6f is checked. See Code Civ. Proc., § 1166.)

  f. [ ] (For residential property) A copy of the written agreement is not attached because (specify reason):

    (1) [ ] the written agreement is not in the possession of the landlord or the landlord's employees or agents.

    (2) [ ] this action is solely for nonpayment of rent (Code Civ. Proc., § 1161(2)).

7. [✓] a. Defendant (name each):

    Aleida Sanchez

    was served the following notice on the same date and in the same manner:

    (1) [✓] 3-day notice to pay rent or quit     (4) [ ] 3-day notice to perform covenants or quit

    (2) [ ] 30-day notice to quit     (5) [ ] 3-day notice to quit

    (3) [ ] 60-day notice to quit     (6) [ ] Other (specify):

  b. (1) On (date): 04/21/2017     the period stated in the notice expired at the end of the day.

    (2) Defendants failed to comply with the requirements of the notice by that date.

  c. All facts stated in the notice are true.

  d. [✓] The notice included an election of forfeiture.

  e. [✓] A copy of the notice is attached and labeled Exhibit 2. (Required for residential property. See Code Civ. Proc., § 1166.)

  f. [ ] One or more defendants were served (1) with a different notice, (2) on a different date, or (3) in a different manner, as stated in Attachment 8c. (Check item 8c and attach a statement providing the information required by items 7a–e and 8 for each defendant.)

8. a. [✓] The notice in item 7a was served on the defendant named in item 7a as follows:

    (1) [✓] by personally handing a copy to defendant on (date): Aleida Sanchez

    (2) [ ] by leaving a copy with (name or description):
a person of suitable age and discretion, on (date):      at defendant's
[ ] residence [ ] business AND mailing a copy to defendant at defendant's place of residence on
(date):      because defendant cannot be found at defendant's residence or usual
place of business.

    (3) [ ] by posting a copy on the premises on (date):      [ ] AND giving a copy to a
person found residing at the premises AND mailing a copy to defendant at the premises on
(date):

        (a) [ ] because defendant's residence and usual place of business cannot be ascertained OR

        (b) [ ] because no person of suitable age or discretion can be found there.

    (4) [ ] (Not for 3-day notice; see Civil Code, § 1946 before using) by sending a copy by certified or registered mail addressed to defendant on (date):

    (5) [ ] (Not for residential tenancies; see Civil Code, § 1953 before using) in the manner specified in a written commercial lease between the parties.

  b. [✓] (Name): Aleida Sanchez
was served on behalf of all defendants who signed a joint written rental agreement.

  c. [ ] Information about service of notice on the defendants alleged in item 7f is stated in Attachment 8c.

  d. [✓] Proof of service of the notice in item 7a is attached and labeled Exhibit 3.

UD-100 [Rev. July 1, 2005]      COMPLAINT—UNLAWFUL DETAINER

| PLAINTIFF (Name): Roger Perez Gomez | CASE NUMBER: |
| DEFENDANT(Name): Aleida Sanchez, and All Other Occupants; | 17U05943 |

9. ☐ Plaintiff demands possession from each defendant because of expiration of a fixed-term lease.

10. ☑ At the time the 3-day notice to pay rent or quit was served, the amount of **rent due** was $ 940

11. ☑ The fair rental value of the premises is $ 31.33                per day.

12. ☐ Defendant's continued possession is malicious, and plaintiff is entitled to statutory damages under Code of Civil
Procedure section 1174(b). *(State specific facts supporting a claim up to $600 in Attachment 12.)*

13. ☑ A written agreement between the parties provides for attorney fees.

14. ☑ Defendant's tenancy is subject to the local rent control or eviction control ordinance of *(city or county, title of ordinance, and date of passage):*

   Los Angeles City Rent Stabilization Ordinance; Los Angeles Municipal Code Sections
   151.00-151.30; Passed 04/21/1979

   Plaintiff has met all applicable requirements of the ordinances.

15. ☐ Other allegations are stated in Attachment 15.

16. Plaintiff accepts the jurisdictional limit, if any, of the court.

17. **PLAINTIFF REQUESTS**
   a. possession of the premises.
   b. costs incurred in this proceeding.
   c. ☑ past-due rent of $ 940
   d. ☑ reasonable attorney fees.
   e. ☑ forfeiture of the agreement.

   f. ☑ damages at the rate stated in item 11 from
      *(date):* 04/01/2017                for each day that
      defendants remain in possession through entry of judgment.
   g. ☐ statutory damages up to $600 for the conduct alleged in item 12.
   h. ☐ other *(specify):*

18. ☑ Number of pages attached *(specify):* ___6___

**UNLAWFUL DETAINER ASSISTANT** (Bus. & Prof. Code, §§ 6400–6415)

19. *(Complete in all cases.)* An unlawful detainer assistant ☑ did not ☐ did for compensation give advice or assistance with this form. *(If plaintiff has received any help or advice for pay from an unlawful detainer assistant, state:)*

   a. Assistant's name:
   b. Street address, city, and zip code:

   c. Telephone No.:
   d. County of registration:
   e. Registration No.:
   f. Expires on *(date):*

Date: 06/22/2017

Erick Garcia
_____
(TYPE OR PRINT NAME)

▶ _____
(SIGNATURE OF PLAINTIFF OR ATTORNEY)

**VERIFICATION**

*(Use a different verification form if the verification is by an attorney or for a corporation or partnership.)*

I am the plaintiff in this proceeding and have read this complaint. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 6/22/17

Roger Perez Gomez
_____
(TYPE OR PRINT NAME)

▶ Roger Perez
_____
(SIGNATURE OF PLAINTIFF )

UD-100 [Rev. July 1, 2005]                **COMPLAINT—UNLAWFUL DETAINER**

Exhibit C

# THREE (3) DAY NOTICE TO PAY RENT OR QUIT

*Deisy, Raul, Israel*

TENANTS: Aleida Sanchez                    (and all other tenants in possession)

PREMISES: 6317 1/2 South San Pedro St
           (Address)          (St., Ave., Blvd., etc)          (Apt. No.)

Los Angeles                    , California    90003
(City)                                          (Zip Code)

| | |
|---|---|
| Rent Per Month: | $ 940.00 |
| Date Rent Due: | 1st |
| Total Delinquent Rent: | $ 940.00 |
| Delinquent Rent Due: | |
| From: | 4-1-17 |
| Thru: | 4-30-17 |

TO TENANT (S) AND ALL PERSONS IN POSSESSION:

YOU ARE HEREBY NOTIFIED that, within three days after the date of service upon you of a copy of this notice, tenant(s) is/are required either to:

1. Pay the total delinquent rent due for the premises as stated above, or
2. Quit and deliver up possession of the premises to the undersigned.

IF TENANT (S) FAIL (S) either to pay the total delinquent rent or quit possession of the premises within three days after the date of service of a copy of this notice, legal proceeding will be instituted for possession of the premises, for forfeiture of the rental agreement and for such other damages as may be allowed by law. Landlord elects, in good faith, to declare the forfeiture of your rental agreement. This notice supercedes all prior notices to pay rent or quit served upon you.

Date of Event(s):    See Above
Place of Event(s):    Premises

Make Money Order Payable to: Roger Perez Gomez
Place to Pay: 6110 Cahuenga Blvd # North Hollywood 91606
Rent May be paid Monday- Friday 9:00 Am to 3:00 pm
                                    310/404-5176

Date: 4-18-17                    Roger Perez
                                 ~~Agent,~~ Owner

Proof Of Service

I, Alex Perez, declare that:

I am employed in the county of Los Angeles, California. I am over the age of eighteen years, my business address is:

6110 Cahuenga Blvd., #7, North Hollywood, CA 91606

On 04/18/2017, I served the attached **Three Day Notice to Pay or Quit** by hand delivery to Aleida Sanchez, at **6317 ½ South San Pedro St., Los Angeles, CA 90003** and on the same date sent the same document via certified return receipt mail addressed as follows:

**Aleida Sanchez, Deisy, Raul and Israel and All Other Occupants**
**6317 ½ South San Pedro St., Los Angeles, CA 90003**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on 04/18/17 at **Los Angeles**, California.

Type or print name: <u>Alex Perez</u>

Signature _alex Perez_____